WESTERN DISTRICT ARKANSAS
FILED
JUL 09 2004
CHRIS R. JOHNSON, CLERK

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

**REV. FRANK TOWNSEND, *et al.*** **PLAINTIFFS**

**VS.** **CASE NO. CIV-89-1111**

**EL DORADO SCHOOL DISTRICT, *et al.*** **DEFENDANTS**

## MOTION

Comes now the defendant El Dorado School District (El Dorado) and moves the Court to modify its order of July 27, 1992, establishing an eight member school board. In support of its motion El Dorado states:

1. The modification sought is the creation of a seven member board either each member elected from a single member district for a four year term. The single member districts will be substantially equal in population and will be drawn so as to afford black patrons the opportunity to elect members to the board in proportion to their population in the school district. All seven positions on the newly constituted school board will be elected in the September 2004 school elections and, when elected and installed, will replace the existing school board.

2. An exception to the four year term for board members will exist for members elected to the new board in 2004. The seven elected members will draw by lot for terms with one position designated as a one year term, two positions designated as two year terms, two positions designated as three year terms, and two positions designated as four year terms.



28

Respectfully submitted,

EL DORADO SCHOOL DISTRICT

By: ______________________

Allen P. Roberts
Attorney for Defendants
P.O. Box 280
Camden, AR 71711-0280
Telephone: (870) 836-5310
State Bar No. 64036

**CERTIFICATE OF SERVICE**

I, Allen P. Roberts, do hereby certify that I have served the plaintiff with the above and foregoing defendants' Motion to Modify Order by mailing a copy to their attorney of record, postage prepaid, to:

John Walker
Attorney at Law
1723 Broadway Street
Little Rock, AR 72206

this 9th day of July, 2004

______________________
Allen P. Roberts