

EXHIBIT A

# El Dorado School District
## School Board Zones Overview - Option 1
Map Created: April 10, 2012


EFS GeoTechnologies

| Total Population (Hispanic or Latino ethnicity is included in "Other") | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| District | Population | % Deviation | %White | %Black | %Amindian | %Asian | %Hawaiian | %Other | % 2+ Races |
| Zone-1 | 3703 | -1.56% | 38.91% | 56.66% | 0.46% | 0.32% | 0.03% | 2.84% | 0.78% |
| Zone-2 | 3812 | 1.34% | 52.05% | 39.27% | 0.26% | 0.60% | 0.00% | 6.82% | 1.00% |
| Zone-3 | 3734 | -0.74% | 30.82% | 62.24% | 0.19% | 1.18% | 0.03% | 4.50% | 1.04% |
| Zone-4 | 3725 | -0.98% | 74.85% | 20.94% | 0.27% | 0.40% | 0.03% | 2.93% | 0.59% |
| Zone-5 | 3845 | 2.21% | 69.44% | 22.26% | 0.21% | 1.79% | 0.00% | 4.50% | 1.79% |
| Zone-6 | 3661 | -2.68% | 26.30% | 66.84% | 0.16% | 0.16% | 0.05% | 5.35% | 1.12% |
| Zone-7 | 3852 | 2.40% | 79.65% | 14.95% | 0.29% | 0.05% | 0.05% | 4.13% | 0.88% |

| Voting Age Population (Hispanic or Latino ethnicity is included in "Other") | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| District | Population | % Deviation | %White | %Black | %Amindian | %Asian | %Hawaiian | %Other | % 2+ Races |
| Zone-1 | 2719 | -4.00% | 42.04% | 54.25% | 0.51% | 0.22% | 0.04% | 2.43% | 0.51% |
| Zone-2 | 2864 | 1.12% | 56.53% | 36.31% | 0.28% | 0.59% | 0.00% | 5.55% | 0.73% |
| Zone-3 | 2732 | -3.54% | 36.20% | 57.47% | 0.22% | 1.17% | 0.04% | 4.14% | 0.77% |
| Zone-4 | 2830 | -0.08% | 78.59% | 18.16% | 0.35% | 0.42% | 0.04% | 2.16% | 0.28% |
| Zone-5 | 2967 | 4.76% | 74.01% | 19.41% | 0.27% | 1.62% | 0.00% | 3.47% | 1.21% |
| Zone-6 | 2700 | -4.67% | 30.04% | 64.59% | 0.19% | 0.19% | 0.07% | 4.15% | 0.78% |
| Zone-7 | 3014 | 6.42% | 81.25% | 14.43% | 0.33% | 0.07% | 0.07% | 3.28% | 0.56% |

Although created with data believed to be correct, provided by El Dorado School District, the United States Census Bureau and the State of Arkansas, neither the accuracy nor completeness of this map and associated data is guaranteed or warranted in any manner.





El Dorado School District
School Board Zone 2 - Option 1
Map Created: April 10, 2012



# El Dorado School District
## School Board Zone 3 - Option 1
### Map Created: April 10, 2012



El Dorado School District
School Board Zone 4 - Option 1
Map Created: April 10, 2012

# El Dorado School District
## School Board Zone 5 - Option 1
Map Created: April 10, 2012







El Dorado School District
School Board Zone 7 - Option 1
Map Created: April 10, 2012