IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**DOSSIE WAYNE KEMP, ET AL**                                         PLAINTIFFS

v.                                    CASE NO. ED-1048

**LEE ROY BEASLEY, ET AL**                                            DEFENDANTS

and

**REV. FRANK TOWNSEND, ET AL**                                  PLAINTIFFS

v.                                    CASE NO. 89-CV-1111

**BOB WATSON, Individually**
**and in his official Capacity as**
**Superintendent of the El Dorado School**
**District No. 15, a Public Body Corporate, ET AL**           DEFENDANTS

### JOINT MOTION OF DEFENDANTS AND PLAINTIFFS TO APPROVE CONSENT ORDER

Come now the parties herein by their attorneys, Allen P. Roberts and John W. Walker, and jointly request the Court to approve their agreed upon order as a consent decree herein, subject to the further actions, orders, and exercise of jurisdiction by the Court. In support of their motion, the parties state:

1. Defendants' motion was filed herein on April 30, 2013, seeking, *inter alia,* the Court's approval of school district governance consisting of a seven member school board elected from redrawn single member school board election zones. (Option 1, Exhibit A to Defendants' Motion)  The existing school district governance consists of a seven member school board

elected from single member zones for four year terms. It was established by this Court's order herein of July 27, 2004.

2. The allegations of defendants' motion regarding the existing governance being inconsistent with Arkansas law as to each member having a four year term, rather than three or five years as permitted by Arkansas law; and having become non-compliant with the "substantial equality" requirements of the "one-man-one-vote" obligations of the federal constitution, are accurate. The parties agree that the new governance identified as Option 1 was properly adopted by the El Dorado School Board, as alleged in defendants' motion.

3. There is an urgency to obtaining the Court's approval of the new governance. Specifically, the large volume of clerical work that must be completed by the Union County Clerk in order to have school elections under the new governance by September of 2013, as required by Arkansas law, must begin immediately in order to be timely completed.

4. Option 1, as reflected in the exhibits to defendants' motion, is consistent with both providing African American patrons of the El Dorado School District the opportunity for representation in proportion to their presence in the population and achieving substantial equality of population between zones.

5. Based on the above findings and conclusions, the parties herewith approve this consent order approving immediate implementation of the aforesaid Option 1 as the governance for El Dorado School District. The maps of Exhibit A to the defendants' aforesaid motion are incorporated by reference into this agreed upon order.

6. The parties further agree that the Court has jurisdiction and continuing supervision over desegregation generally until such time as the Court relinquishes jurisdiction. The parties

agree to an additional forty-five days to address issues not resolved by this consent order.

WHEREFORE, defendants and plaintiffs jointly request that the Court approve their above agreed upon order as a consent decree herein, subject to the further orders, actions, and exercise of jurisdiction by the Court.

By: /s/ *John W. Walker*
John W. Walker
1723 Broadway Street
Little Rock, Arkansas 72206
Telephone: (501) 374-3758
Facsimile: (501) 374-4187
Arkansas Bar No. 64046

Attorney for Plaintiffs

By: /s/ *Allen P. Roberts*
Allen P. Roberts
325 Jefferson Street, S.W.
Post Office Box 280
Camden, Arkansas 71711
Telephone: (870) 836-5310
Arkansas Bar No. 64036

Whitney F. Moore
Fuqua Campbell, P.A.
425 West Capitol Avenue, Suite 400
Little Rock, Arkansas 72201
Telephone: (501) 374-0200
Facsimile: (501) 975-7153

Attorneys for El Dorado School District No. 15 of Union County, Arkansas

## CERTIFICATE OF SERVICE

I, Allen P. Roberts, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record in this matter.

/s/ *Allen P. Roberts*
Allen P. Roberts