IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

REV. FRANK TOWNSEND, et al                                                          PLAINTIFFS

VS.                                           CASE NO. 1:89-cv-1111

BOB WATSON, Individually
and in his Official Capacity as
Superintendent of the El Dorado School
District No. 15, a Public Body Corporate, et al                                    DEFENDANTS

## ORDER

Before the Court is a Motion for Approval of School Board District Re-zoning filed on behalf of Separate Defendant Board of Education of the El Dorado School District No. 15 ("EDSD"). (ECF No. 30). Also before the Court is EDSD and Plaintiffs' Joint Motion of Defendants and Plaintiffs to Approve Consent Order. (ECF No. 31).

The parties jointly request that the Court approve Option 1 which was passed by the Board of Directors for EDSD on April 30, 2013. Option 1 provides for the redrawing of districts for EDSD school board positions in accordance with Ark. Code Ann. § 6-13-631; provides for a seven-person school board rather than an eight-person board in accordance with Ark. Code Ann. § 6-13-606(g); and converts school board terms from four years to three years in accordance with Ark. Code Ann. § 6-13-608.

Upon consideration, the Court finds that the motions should be and hereby are **GRANTED**. The Court adopts the consent decree agreed to by Plaintiffs and Defendants in their joint motion. The Court approves El Dorado School District's action in changing its governance to a seven member board elected from single member districts with the specific election zones identified as Option 1 in Defendants' motion for approval. The term length of individual board members will be

three years, except for those persons elected in the September 2013 school election who will draw by lot for two 1-year terms, two 2-year terms, and three 3-year terms.

The parties are directed to respond in writing within forty-five days to issues not resolved by the consent order. The Court shall continue to exercise jurisdiction over this matter until it finds that EDSD should be released from Court supervision.

**IT IS SO ORDERED**, this 3rd day of May, 2013.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge