# APPLICATION FOR TRANSFER TO A NONRESIDENT DISTRICT
## "ARKANSAS PUBLIC SCHOOL CHOICE ACT OF 2015"
### (Must Be Submitted to Non-Resident District)

**APPLICANT INFORMATION**

Student Name: ▮▮▮ McAuliffe

Student [Date of Birth]: ▮▮▮

Gender: Male ☐  Female ☑

Grade: 8th (2016) will start 9th 2016-2017

Does the applicant require special needs or programs? Yes ☐  No ☑

Is applicant currently under expulsion? Yes ☐  No ☑

**ETHNIC ORIGIN (CHECK ONE)** (For data reporting purposes only)

- 2 or More Races ☐
- Asian ☐
- African-American ☐
- Hispanic ☐
- Native American/Native Alaskan ☐
- Native Hawaiian/Pacific Islander ☐
- White ☑

**RESIDENT SCHOOL DISTRICT OF APPLICANT**

District Name: El Dorado School

County Name: Union

Address: 200 West Oak, El Dorado, Arkansas 71730

Phone: 870-864-5006

**NONRESIDENT SCHOOL DISTRICT APPLICANT WISHES TO ATTEND**

District Name: Parkers Chapel

County Name: Union

Address: 401 Parkers Chapel

Phone: 870-862-4641

Does the applicant already have a sibling or step-sibling in attendance in this district pursuant to the Public School Choice Act of 2013 or the Public School Choice Act of 2015? Yes all 3 kids have attended PC since Kindergarten. K▮▮▮ McAuliffe K-8th, K▮▮▮ McAuliffe K-8th, K▮▮▮ McAuliffe K-4th. Also, all 3 attended PreK(4y) at PC.

1

**EXHIBIT 12**

| PARENT OR GUARDIAN INFORMATION | | |
|---|---|---|
| Name: Kevin + Kristi McAuliffe | Home Phone: [redacted] | Kristi cell |
| Address: [redacted] | Work Phone: [redacted] | Kevin cell |
| El Dorado, AR 71730 | | |
| Parent/Guardian Signature: Kristi M<sup>c</sup>Auliffe | | Date: 4-15-16 |

Pursuant to standards adopted by a nonresident school board a nonresident district may reserve the right to accept and reject applicants based on capacity of programs, class, grade level, or school building. Likewise, a nonresident district's standards may provide for the rejection of an applicant based upon the submission of false or misleading information to the above listed request for information when that information directly impacts the legal qualifications of an applicant to transfer pursuant to the School Choice Act. However, a nonresident district's standards shall not include an applicant's previous academic achievement, athletic or other extracurricular ability, handicapping conditions, English proficiency level, or previous disciplinary proceedings, except that an expulsion from another district may be included pursuant to Ark. Code Ann. § 6-18-510. Priority will be given to applicants with siblings or step-siblings attending the district. The nonresident district shall accept credits toward graduation that were awarded by another district and award a diploma to a nonresident applicant if the applicant meets the nonresident district's graduation requirements. This application must be filed in the nonresident district or postmarked no later than May 1 of the year in which the applicant would begin the fall semester at the nonresident district. A student whose application for transfer is rejected by the nonresident district may request a hearing before the State Board of Education to reconsider the transfer by filing such a request in writing with the Commissioner of Education no later than ten (10) days after the student or student's parent receives a notice of rejection. (Consult Ark. Code Ann. § 6-18-1905 and the Arkansas Department of Education Rules Governing the Public School Choice Act of 2015 for specific procedures on how to file such an appeal).

| DISTRICT USE ONLY | |
|---|---|
| Date and Time Received by Resident District: | Date and Time Received by Nonresident District: 4/15/16   3:20 pm |
| Resident District LEA #: | Nonresident District LEA #: 7007 |
| Student's State Identification #: | |
| Application       Accepted ☐       Rejected ☑ | |
| Reason for Rejection (If Applicable): EL DORADO SCHOOL HAS OPTED OUT OF SCHOOL CHOICE. | |
| Date Notification Sent to Parent/Guardian of Applicant: 5/11/16 | |
| Date Notification Sent to Resident District: NA | |

2

# APPLICATION FOR TRANSFER TO A NONRESIDENT DISTRICT
## "ARKANSAS PUBLIC SCHOOL CHOICE ACT OF 2015"
### (Must Be Submitted to Non-Resident District)

**APPLICANT INFORMATION**

Student Name: K[redacted] McAuliffe

Student Date of Birth: 9-12-02     Gender: Male ✓   Female ☐

Grade: 8th (2016) will start 9th 2016-2017 year

Does the applicant require special needs or programs? Yes ☐  No ✓

Is applicant currently under expulsion? Yes ☐  No ✓

**ETHNIC ORIGIN (CHECK ONE)** (For data reporting purposes only)

- 2 or More Races ☐
- Asian ☐
- African-American ☐
- Hispanic ☐
- Native American/Native Alaskan ☐
- Native Hawaiian/Pacific Islander ☐
- White ✓

**RESIDENT SCHOOL DISTRICT OF APPLICANT**

District Name: El Dorado School     County Name: Union

Address: 200 West Oak  El Dorado, AR 71730

Phone: 870-864-5006

**NONRESIDENT SCHOOL DISTRICT APPLICANT WISHES TO ATTEND**

District Name: Parkers Chapel     County Name: Union

Address: 401 Parkers Chapel

Phone: 870-862-4641

Does the applicant already have a sibling or step-sibling in attendance in this district pursuant to the Public School Choice Act of 2013 or the Public School Choice Act of 2015? Yes - all 3 kids have attended PC since Kindergarten. K[redacted] McAuliffe K-8th, K[redacted] McAuliffe K-8th, K[redacted] McAuliffe K-4th. Also, all 3 attended PreK (4yr) at PC.

1

## PARENT OR GUARDIAN INFORMATION

Name: Kevin + Kristi McAuliffe  Home Phone: [redacted]  Kristi cell  
Address: [redacted]  Work Phone: [redacted]  Kevin cell  
El Dorado, AR 71730

Parent/Guardian Signature: Kristi D McAuliffe  
Date: 4-15-16

Pursuant to standards adopted by a nonresident school board a nonresident district may reserve the right to accept and reject applicants based on capacity of programs, class, grade level, or school building. Likewise, a nonresident district's standards may provide for the rejection of an applicant based upon the submission of false or misleading information to the above listed request for information when that information directly impacts the legal qualifications of an applicant to transfer pursuant to the School Choice Act. However, a nonresident district's standards shall not include an applicant's previous academic achievement, athletic or other extracurricular ability, handicapping conditions, English proficiency level, or previous disciplinary proceedings, except that an expulsion from another district may be included pursuant to Ark. Code Ann. § 6-18-510. Priority will be given to applicants with siblings or step-siblings attending the district. The nonresident district shall accept credits toward graduation that were awarded by another district and award a diploma to a nonresident applicant if the applicant meets the nonresident district's graduation requirements. This application must be filed in the nonresident district or postmarked no later than May 1 of the year in which the applicant would begin the fall semester at the nonresident district. A student whose application for transfer is rejected by the nonresident district may request a hearing before the State Board of Education to reconsider the transfer by filing such a request in writing with the Commissioner of Education no later than ten (10) days after the student or student's parent receives a notice of rejection. (Consult Ark. Code Ann. § 6-18-1905 and the Arkansas Department of Education Rules Governing the Public School Choice Act of 2015 for specific procedures on how to file such an appeal).

### DISTRICT USE ONLY

| Date and Time Received by Resident District: | Date and Time Received by Nonresident District: 4/15/16  3:00 p |
|---|---|
| Resident District LEA #: | Nonresident District LEA#: 7007 |

Student's State Identification #:

| Application | Accepted | Rejected ✓ |
|---|---|---|

Reason for Rejection (If Applicable):  
La Donado School has opted out of School Choice

Date Notification Sent to Parent/Guardian of Applicant: 5/11/16

Date Notification Sent to Resident District: NA

2

# APPLICATION FOR TRANSFER TO A NONRESIDENT DISTRICT
## "ARKANSAS PUBLIC SCHOOL CHOICE ACT OF 2015"
### (Must Be Submitted to Non-Resident District)

**APPLICANT INFORMATION**

Student Name: ▓▓▓ McAuliffe
Student Date of Birth: ▓-29-05
Gender: Male ☐  Female ☑

Grade: 4th 2016 will start 5th 2016-2017

Does the applicant require special needs or programs? Yes ☐ No ☑

Is applicant currently under expulsion? Yes ☐ No ☑

**ETHNIC ORIGIN (CHECK ONE)**  (For data reporting purposes only)

- 2 or More Races ☐
- Asian ☐
- African-American ☐
- Hispanic ☐
- Native American/Native Alaskan ☐
- Native Hawaiian/Pacific Islander ☐
- White ☑

**RESIDENT SCHOOL DISTRICT OF APPLICANT**

District Name: ElDorado School
County Name: Union
Address: 200 West Oak ElDorado, AR 71730
Phone: 870-864-5006

**NONRESIDENT SCHOOL DISTRICT APPLICANT WISHES TO ATTEND**

District Name: Parkers Chapel
County Name: Union
Address: 401 Parkers Chapel
Phone: 870-862-4641

Does the applicant already have a sibling or step-sibling in attendance in this district pursuant to the Public School Choice Act of 2013 or the Public School Choice Act of 2015? Yes - all 3 kids have attended PC since Kindergarten. K▓▓▓ McAuliffe K-8th, K▓▓▓ McAuliffe K-8th, K▓▓▓ McAuliffe K-4th. Also all 3 attended PreK 4y at PC.

1

| PARENT OR GUARDIAN INFORMATION | | |
|---|---|---|
| Name: Kevin + Kristi McAuliffe | Home Phone: [redacted] | Kristi cell |
| Address: [redacted] | Work Phone: [redacted] | Kevin cell |
| El Dorado, AR 71730 | | |
| Parent/Guardian Signature: Kristi D McAuliffe | | Date: 4-15-16 |

Pursuant to standards adopted by a nonresident school board a nonresident district may reserve the right to accept and reject applicants based on capacity of programs, class, grade level, or school building. Likewise, a nonresident district's standards may provide for the rejection of an applicant based upon the submission of false or misleading information to the above listed request for information when that information directly impacts the legal qualifications of an applicant to transfer pursuant to the School Choice Act. However, a nonresident district's standards shall not include an applicant's previous academic achievement, athletic or other extracurricular ability, handicapping conditions, English proficiency level, or previous disciplinary proceedings, except that an expulsion from another district may be included pursuant to Ark. Code Ann. § 6-18-510. Priority will be given to applicants with siblings or step-siblings attending the district. The nonresident district shall accept credits toward graduation that were awarded by another district and award a diploma to a nonresident applicant if the applicant meets the nonresident district's graduation requirements. This application must be filed in the nonresident district or postmarked no later than May 1 of the year in which the applicant would begin the fall semester at the nonresident district. A student whose application for transfer is rejected by the nonresident district may request a hearing before the State Board of Education to reconsider the transfer by filing such a request in writing with the Commissioner of Education no later than ten (10) days after the student or student's parent receives a notice of rejection. (Consult Ark. Code Ann. § 6-18-1905 and the Arkansas Department of Education Rules Governing the Public School Choice Act of 2015 for specific procedures on how to file such an appeal).

| DISTRICT USE ONLY | |
|---|---|
| Date and Time Received by Resident District: | Date and Time Received by Nonresident District: 4/15/16  3:20 pm |
| Resident District LEA #: | Nonresident District LEA#: 7027 |
| Student's State Identification #: | |
| Application   Accepted        Rejected ✓ | |
| Reason for Rejection (If Applicable): EL Dorado School has opted out of School Choice. | |
| Date Notification Sent to Parent/Guardian of Applicant: 5/11/16 | |
| Date Notification Sent to Resident District: NA | |

2

RECEIVED
JUN 0 1 2016
Equity Assistance Center
Public School Accountability

RECEIVED
ATTORNEY'S OFFICE
JUN 0 2 2016
DEPARTMENT OF EDUCATION
GENERAL DIVISION

RECEIVED
COMMISSIONER'S OFFICE
JUN 2 - 2016
DEPARTMENT OF EDUCATION

May 25, 2016

FED EX Overnight

Office of the Commissioner
Attn: Arkansas Pubic School of Choice Acts of Appeal
Four Capitol Mall
Little Rock, Arkansas 72201

RE: Appeal Denial of School Of Choice from Parkers Chapel School

Dear Office of the Commissioner:

Enclosed please find our appeal letter regarding the denial from Parkers Chapel School board based on School of Choice exemption from El Dorado School District and the denial letter we received in the mail.

Sincerely,

*[signature]*

Kevin and Kristi McAuliffe
777 Feedmill Road
El Dorado, Arkansas 71730
1-870-665-6769

Enclosures: Appeal letter and denial letter from Parkers Chapel

Kevin and Kristi McAuliffe
777 Feedmill Road
El Dorado, AR 71730

May 25, 2016

Office of Commissions
Arkansas State Board of Education
Arkansas Pubic School Of Choice Act Appeals
Four Capital Mall
Little Rock, AR 72201

Dear Office of Commissions:

We are concerned parents of three children who reside in the El Dorado School District appealing the decision of denial for School of Choice from Parkers Chapel School on grounds that El Dorado School District is exempt from School of Choice under the 2013 Act, as amended in 2015 due to the two desegregation lawsuits that are still active: Kemp, et al. v. Beasley, No. ED-1048; and Townsend, et al., 1:89-CV-1111.

In 2015, we started the process of a Legal transfer from El Dorado school district to Parkers Chapel School District hoping to complete a board to board transfer. The paperwork was completed and we met with Superintendent to turn in paperwork and discuss the next step in the process. We were told approximately a day later our transfer was denied and at this time we requested to appear at the El Dorado School District Board meeting to discuss our case. Our request to appear before was denied and we were told it was illegal for the El Dorado School Board to even hear our request.

Our home (777 Feedmill road El Dorado, AR) is located 1.5 miles from Parkers Chapel School (401 Parkers Chapel Rd Eldorado, AR). All of our children have attended Parkers Chapel since 4 year old kindergarten to present time. Korbin and Kenlee are twins who will begin the 9th grade in the 2016-2017 school year and Krislyn will start 5th grade in the 2016-2017 school year.

I (Kristi McAuliffe) attend Parkers Chapel my entire life and lived in my family home that is located one acre next to our home now. Both my parents worked at the school and both my sisters attend Parkers Chapel along with my cousins and then most currently all four of my nieces. When my three children started Parkers Chapel and the residence question became an issue my sister who was a longstanding respective teacher was made guardianship so we could continue with Parkers Chapel as our children's school. The reason it has become a current issue is that my sister retired and we were told our children would be "grandfathered in". Unclear about this issue, we started doing research and we found this was not the case. This is when we started taking measures to transfer the kids from Eldorado School to Parkers Chapel.

It is very important as parents to stand up for your children and make sure that the best decisions are made for them and around them. Education is an important decision in their lives and learning about friends, family and values is also an important life lesson. Decisions should be

made on the all the facts and information that is collected not made based on race. In today's society we hear more and more about decisions that are made based on gender or race. We believe the School of choice under the 2013 Act, as amended in 2015 was made for important reasons to help make fair and just decisions within the individual school if 2 campuses were in effect but not to refuse a transfer out due to a child's race. The decision should be based on the Children's best interest and that is our request.

We have completed proper channels and exhausted all our measures to complete the transfer and at this time we appeal to the Arkansas State Board of Education as we feel this is a decision that is based on misrepresentation of the School of Choice under the 2013 Act, as amended in 2015 allowing El Dorado School District to make a transfer decision based solely on race

At this time, we would ask the Arkansas State board of education to grant our children the transfer from El Dorado School to Parkers Chapel giving them the opportunity to complete their education at Parkers Chapel. We look forward to hearing that the board has overturned the decision that was made and allow our children to continue at Parkers Chapel. We appreciate the time that you have taken to read our appeal and look forward to hearing your decision soon.

Contact information for any questions or concerns Kristi McAuliffe (870) 665-6769.

Sincerely,


Kevin and Kristi McAuliffe

Enclosure

