IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOSSIE WAYNE KEMP, ET AL                          PLAINTIFFS

v.                                    CASE NO. ED-1048

LEE ROY BEASLEY, ET AL                            DEFENDANTS

and

REV. FRANK TOWNSEND, ET AL                        PLAINTIFFS

v.                                    CASE NO. 89-CV-1111

BOB WATSON, Individually
and in his official Capacity as
Superintendent of the El Dorado School
District No. 15, a Public Body Corporate,
ET AL                                             DEFENDANTS

**Plaintiffs' Brief in Support of Defendants'
Motion for Declaratory Judgment**

Plaintiffs adopt by reference as their brief in this matter the brief submitted

by defendants.  They reserve the right however to supplement the defendants

arguments if that is appropriate before, at or during the hearing which the court

may schedule.

Respectfully submitted,

/s/ John W. Walker
 John W. Walker
1723 Broadway
Little Rock, Arkansas  72206
501-374-3758 (phone)

1

501-374-4187(facsimile)
Email: johnwalkeratty@aol.com

COUNSEL FOR THE PLAINTIFFS


**CERTIFICATE OF SERVICE**

I do hereby state that a copy of the foregoing Response has been served on all counsel of record by utilizing the ECF system filing on this 16th day of August, 2016.


/s/ John W. Walker