### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

**DOSSIE WAYNE KEMP,** *et al.*

                                                            **PLAINTIFFS**

**v.**                             **No. ED-1048**

**LEE ROY BEASLEY,**
 *et al.*                          **DEFENDANTS**


**REV. FRANK TOWNSEND,** *et al.*

                                                            **PLAINTIFFS**

**v.**                             **No. 89-cv-1111**

**LEE ROY BEASLEY,**
 *et al.*                          **DEFENDANTS**

### MOTION TO INTERVENE, DECLARE EL DORADO SCHOOL DISTRICT UNITARY, AND EXPEDITE PROCEEDINGS

Pursuant to Fed. R. Civ. P. 24(a)(2), the Arkansas Department of Education and Board of Education move to intervene. Intervenors ask this Court to declare the El Dorado School District unitary or, in the alternative, to vacate its 2016 order, Doc. 41.

Intervenors also move to expedite proceedings. Under the 2016 order that Intervenors move to terminate, El Dorado is exempt from interdistrict school choice. The deadline to submit school choice applications for the 2023-24 school year is May 1. To ensure that this Court could hold a hearing (if it wished) and grant relief in time for El Dorado families to participate in school choice, Intervenors propose the following expedited briefing schedule:

- Response Briefs due April 17

- Intervenors' Reply Brief due April 19

Dated: April 10, 2023

              Respectfully Submitted,

              TIM GRIFFIN
                Arkansas Attorney General

              */s/ Dylan L. Jacobs*
              NICHOLAS J. BRONNI (Ark. Bar No. 2016097)
                Arkansas Solicitor General
              DYLAN L. JACOBS (Ark. Bar. No. 2016167)
                Deputy Solicitor General
              HANNAH L. TEMPLIN (Ark. Bar. No. 2021277)
                Assistant Solicitor General
              OFFICE OF THE ARKANSAS
                ATTORNEY GENERAL
              323 Center Street, Suite 200
              Little Rock, AR 72201
              Phone: (501) 682-3661
              Fax: (501) 682-2591
              Email: Nicholas.Bronni@arkansasag.gov
                   Dylan.Jacobs@arkansasag.gov
                   Hannah.Templin@arkansasag.gov

              *Attorneys for Intervenors*