IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

DOSSIE WAYNE KEMP, *et al.*     PLAINTIFFS

v.     Civil No. ED-1048

LEE ROY BEASLEY, *et al.*     DEFENDANTS

and

REV. FRANK TOWNSEND, *et al.*     PLAINTIFFS

v.     Civil No. 89-cv-1111

LEE ROY BEASLEY, *et al.*     DEFENDANTS

## ORDER

The Arkansas Department of Education and Board of Education filed a Motion to Intervene, Declare El Dorado School District Unitary, and Expedite Proceedings. ECF No. 43. First, the Court will address the request to intervene in this case. Second, if necessary, the Court will address the request to declare El Dorado School District Unitary. Any party who intends to respond to the request to intervene should do so on or before April 26, 2023. After the Court rules on the request to intervene, if necessary, the Court will set a deadline for the parties to respond to the request to declare the El Dorado School District unitary.

**IT IS SO ORDERED**, this 11th day of April, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge